IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01677-MSK-BNB

ROGER LORD,

        Plaintiff,

v.

JASON ERFLING, and
ALPINE SHOP, LTD.,

        Defendants.

## ORDER DISMISSING CLAIM FOR EXEMPLARY DAMAGES

THIS MATTER comes before the Court upon the parties' Stipulated Motion to Dismiss Without Prejudice Plaintiff's Claim for Exemplary Damages **(#5)**. Having considered the motion and being advised in the premises, the Court

**ORDERS** that the motion **(#5)** is **GRANTED** and Plaintiff's claim for exemplary damages is **DISMISSED**, without prejudice.

Dated this 6th day of September, 2006

                              **BY THE COURT:**

                              Marcia S. Krieger
                              United States District Judge