IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01677-MSK-BNB

ROGER LORD,

       Plaintiff,

v.

JASON ERFLING, and
ALPINE SHOP, LTD.,

       Defendants.

---

## ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

---

    IT IS ORDERED that, within 30 days after judgment is entered, counsel for the parties

shall obtain from the Court any exhibits and depositions used during this case. Counsel shall

retain same for 60 days beyond the later of the time to appeal or conclusion of all appellate

proceedings. Failure to retrieve the exhibits and depositions in this matter in conformance with

this Order may result in their destruction.

    Dated this 11th day of September, 2006.

       **BY THE COURT:**

       *Marcia S. Krieger*
       _____

       Marcia S. Krieger
       United States District Judge

Dockets.Justia.com