IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01677-MSK-BNB

ROGER LORD,

Plaintiff,

v.

JASON ERFLING, and
ALPINE SHOP, LTD.,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Second Stipulated Motion to Amend Scheduling Order** [docket no. 29, filed March 14, 2007] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

Expert Witness Disclosures:
    The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **May 7, 2007**;

    The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **June 4, 2007**;

| | |
|---|---|
| Discovery Cut-off: | **July 5, 2007**; |
| Dispositive Motion Deadline: | **August 6, 2007**; |
| Settlement Conference: | **April 19, 2007, at 3:30 p.m**. |

DATED:  March 16, 2007