IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01677-MSK-BNB

ROGER LORD,

       Plaintiff,

v.

JASON ERFLING, and
ALPINE SHOP, LTD.,

       Defendants.

---

## ORDER REGARDING COMPLIANCE WITH RULES

---

**THIS MATTER** comes before the Court on the Unopposed Motion for Leave to

Present Remote Testimony at Trial (**#64**) filed January 8, 2008.  Defendants have not complied

with applicable provisions of the Federal Rules of Civil Procedure or the United States District

Court for the District of Colorado Local Rules of Practice dated April 15, 2002, specifically,

D.C.COLO.LCivR 7.1(A),

       **IT IS THEREFORE ORDERED**  that the Motion is **DENIED**, without prejudice.

       DATED this 8th day of January, 2008.

                          **BY THE COURT:**

                          _____

                          Marcia S. Krieger
                          United States District Judge