IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01677-MSK-BNB

ROGER LORD,

      Plaintiff,

v.

JASON ERFLING, and
ALPINE SHOP, LTD.,

      Defendants.

_____

## ORDER
_____

THIS MATTER comes before the Court on the Amended Unopposed Request to Present Remote Testimony at Trial (Motion) **(#67)** filed by Defendants on January 8, 2008. Having reviewed the Motion, the Court

**FINDS** that although the Motion is untimely (*See* MSK Civ. Practice Standard II.H.1), good cause has been shown to allow remote testimony of Defendants' expert witness.

**IT IS THEREFORE ORDERED** that:

1. The motion is **GRANTED** and remote testimony by Dr. James Lubowitz is approved.

2. The parties and counsel shall comply with MSK Civ. Practice Standard II.H.4. In addition, the parties shall make arrangements to have identically marked exhibits to which the witness may refer in both the courtroom and with the witness, make technical arrangements with the Courtroom Deputy Clerk within the next 24 hours

for the testimony and make appropriate scheduling accommodations.

3. The parties are reminded that the witness should not testify to stipulated facts, that all Rule 702 objections have been waived and therefore there is no need to offer or have the Court receive the witness as an expert, and that admission of a written report prepared prior to trial by a testifying witness is excludable under F.R.E. 403, 801 and 802.

DATED this 9th day of January, 2008.

BY THE COURT:

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge