IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01677-MSK-BNB

ROGER LORD,

    Plaintiff,

v.

JASON ERFLING, and
ALPINE SHOP, LTD.,

    Defendants.
_____

**ORDER GRANTING DEFENDANTS' MOTION FOR ENLARGEMENT OF
TIME TO FILE A BILL OF COSTS**
_____

    The COURT, having reviewed the Defendants' Motion for Enlargement of Time to file a Bill of Costs (Motion) **(#79)** and the Amended Motion for Enlargement of Time to File a Bill of Costs (Errata) **(#80)** in the above captioned matter and being fully advised in the premises therein, **HEREBY ORDERS** that Defendants' Motion and Errata are **GRANTED** and Defendants have up to and including February 15, 2008, in which to file a bill of costs.

    DATED this 1st day of February, 2008.

                                                 **BY THE COURT:**

                                               Marcia S. Krieger
                                               United States District Judge