IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01677-MSK-BNB

ROGER LORD,

    Plaintiff,

v.

JASON ERFLING, and
ALPINE SHOP, LTD.,

    Defendants.

_____

**ORDER GRANTING MOTION FOR WITHDRAWAL OF DEFENDANTS' REQUEST
FOR REVIEW OF COSTS TAXED BY DEPUTY CLERK**
_____

The Court, having reviewed the Defendants' Motion for Withdrawal of Defendants' Request for Review of Costs Taxed by Deputy Clerk (Motion) **(#107)**. Having reviewed the Motion,

**IT IS ORDERED** that the Motion is **GRANTED**. The Court directs the Clerk to withdraw the Motion for Review Regarding Costs Taxed at Docket Entry #99.

DATED this 28th day of May, 2008.

                                                **BY THE COURT:**

                                                */s/ Marcia S. Krieger*
                                                _____

                                                Marcia S. Krieger
                                                United States District Judge